UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:                                                                         CASE NO. 9:17-bk-00426-FMD

FRANZ JOSEF ROSINUS                                         CHAPTER 7
    Debtor.
_____/

LUIS E. RIVERA II, as Chapter 7 Trustee for          Adv. No.: 9:18-ap-00227-F MD
the bankruptcy estate of Franz Josef Rosinus,

    Plaintiff, v.

ALICO INDUSTRIAL VENTURE, LLC,
and CORKSCREW PLANTATION VII, INC.,
a/k/a CORKSCREW PLANTATION VII, LLC,

    Defendants.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

Defendants, ALICO INDUSTRIAL VENTURE, LLC, and CORKSCREW PLANTATION VII, INC., through the undersigned attorneys file this Answer and Affirmative Defenses as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted for jurisdictional purposes only.

6. Admitted for jurisdictional purposes only.

7. Admitted for jurisdictional purposes only.

8. Admitted.

9. Without knowledge, therefore Denied.

10. Admitted.

11. Without knowledge, therefore Denied.

12. Without knowledge, therefore Denied.

13. Denied.

14. Denied.

15. Without knowledge, therefore Denied.

16. Denied.

17. Denied.

## COUNT I

18. Admitted and Denied as above set forth.

19. Denied.

20. Denied.

21. Denied.

## COUNT II

22. Admitted and Denied as above set forth.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

## COUNT III

27. Admitted and Denied as above set forth.

28. Denied.

29. Denied.

30. Denied.

## COUNT IV

31. Admitted and Denied as above set forth.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

## COUNT V

36. Admitted and Denied as above set forth.

37. Denied.

38. Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

As a separate and affirmative defense to the Complaint, and to each purported cause of action thereof, Defendants submits that the Complaint, and each purported cause of action thereof, is barred or reduced by the doctrine of setoff and/or recoupment.

### SECOND AFFIRMATIVE DEFENSE

As a separate and affirmative defense to the Complaint, and to each purported cause of action thereof, Defendants submit that the purported claims and causes of action against Defendants are barred, in whole or in part, because Defendants provided/received reasonably equivalent vale in exchange for the alleged transfers in the Complaint. Accordingly, the alleged

transfers described in the Complaint are neither avoidable nor recoverable and the Complaint and the causes of action asserted therein should be dismissed.

## THIRD AFFIRMATIVE DEFENSE

As a separate and affirmative defense to the Complaint, and to each purported cause of action thereof, Defendants submit that many allegations in the Complaint are barred by the applicable statute of limitations.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been furnished by CM/ECF to the parties below on this the 12th day of May 2018.

/s/ *David P. Fraser*
David P. Fraser, Esq.
Florida Bar No.: 91085
711 5th Avenue South, Suite 200
Naples, Florida 34102
Tel. (239) 228-7280; Fax. (239) 790-5766
dfraser@holmesfraser.com
service@holmesfraser.com

## SERVICE LIST

| | |
|---|---|
| Robert F. Elgidely, Esq. | Michael A. Friedman, Esq. |
| GENOVESE JOBLOVE & BATTISTA, P.A. | GENOVESE JOBLOVE &B ATTISTA, P.A. |
| 200 East Broward Boulevard, Suite 1110 | 200 East Broward Boulevard, Suite 1110 |
| Fort Lauderdale, Florida, 33301 | Fort Lauderdale, Florida, 33301 |
| (954) 453-8000 | (954) 453-8000 |
| E-Mail: relgidely@gjb-law.com | E-Mail: mfriedman@gjb-law.com |