**[Dapndf]** [District AP Notice of Deficient Filing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                                 Case No. 9:17−bk−00426−FMD

                                                                       Chapter 7

Franz Josef Rosinus

      _____Debtor*_____/

Luis E. Rivera II, Chapter 7 Trustee

      Plaintiff*

vs.                                                                    Adv. Pro. No. 9:18−ap−00227−FMD

Alico Industrial Venture, LLC

Corkscrew Plantation VII, Inc. a/k/a Corkscrew Plantation VII, LLC

      _____Defendant*_____/

***NOTICE OF DEFICIENT FILING***

   On June 12, 2018 a Answer to Complaint and Affirmative Defenses was filed by Alico Industrial Venture, LLC and Corkscrew Plantation VII, Inc. a/k/a Corkscrew Plantation VII, LLC (Doc. # 4 ). After review, the Clerk noted the deficiencies indicated below. The deficiencies must be cured within fourteen days of the date of this notice.

   ☐ The _____ does not contain an original signature or proper electronic signature in compliance with Fed. R. Bankr. P. 9011(a) and/or Local Rule 1001−2.

   ☑ A Corporate Ownership Statement required by Fed. R. Bank. P. 7007.1 was not filed by Alico Industrial Venture, LLC and Corkscrew Plantation VII, Inc. a/k/a Corkscrew Plantation VII, LLC .

   ☐ The _____ was filed by a non−individual without legal counsel admitted to practice in the Middle District of Florida. Pursuant to Federal Rules of Bankruptcy Procedure 9010(a), a non−individual cannot appear in these proceedings except through counsel duly authorized to practice before this Court. *See Palazzo v. Gulf Oil Corp.,* 764 F.2d 1181 (11th Cir. 1985). Failure to retain the services of counsel authorized to practice in the Middle District of Florida will result in the filed paper being stricken.

☐ The filing fee required by 28 U.S.C. § 1930 in the amount of  $ _____ has not been paid. Payment shall be made by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below

☐ The caption of the _____ is incorrect pursuant to Part VII of the Federal Rules of Bankruptcy Procedure.

DATED June 14, 2018              Sheryl L. Loesch , Clerk of Court
                                 801 N. Florida Ave. Suite 555
                                 Tampa, FL 33602–3899

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.