[Dntcpsca] [District Notice Scheduling Pretrial/Status Conference Adversary]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                            Case No. 9:17−bk−00426−FMD
                                                                  Chapter 7

Franz Josef Rosinus


_____Debtor*_____/

Luis E. Rivera II, Chapter 7 Trustee



            Plaintiff*


vs.                                                               Adv. Pro. No. 9:18−ap−00227−FMD


Alico Industrial Venture, LLC

Corkscrew Plantation VII, Inc. a/k/a Corkscrew
Plantation VII, LLC

_____Defendant*_____/

## NOTICE SCHEDULING PRETRIAL/STATUS CONFERENCE

NOTICE IS GIVEN THAT:

1. A Pretrial/Status Conference will be held in Room 4−117, Courtroom E, United States Courthouse, 2110 First St., Fort Myers, FL 33901, on July 19, 2018, at 10:30 AM , before the Honorable Caryl E. Delano, United States Bankruptcy Judge.

2. All pending motions, other than Motions for Summary Judgment, may be heard at the Pretrial/Status Conference.

3. Parties are reminded to comply with all requirements of Local Rule 7001−1.

4. Avoid Delays. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure, a photo ID is required for entry into the courthouse.

|                          | FOR THE COURT |
|--------------------------|---------------|
| Dated: June 15, 2018     | Sheryl L. Loesch , Clerk of Court |
|                          | 801 N. Florida Ave. Suite 555 |
|                          | Tampa, FL 33602−3899 |

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.